```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
HILDENE OPPORTUNITIES MASTER FUND, LTD.,                      :
BRETT JEFFERSON and JASON SPEAR, as trustees for              :
the Hildene Capital Management Pension Plan, and              :
MEMBRES, LLC,                                                 :
                                                              :
                                       Plaintiffs,            :
                                                              :
               - against -                                    :   No. 18-cv-08768-NRB
                                                              :
THE BANK OF NEW YORK MELLON,                                  :   ORDER
                                                              :
                                       Defendant.             :
                                                              :
------------------------------------------------------------- X
                                                              :
THE BANK OF NEW YORK MELLON,                                  :
solely as Indenture Trustee,                                  :
                                                              :
               Defendant and Counterclaim Plaintiff,          :
                                                              :
               - against -                                    :
                                                              :
HILDENE OPPORTUNITIES MASTER FUND, LTD.,                      :
BRETT JEFFERSON and JASON SPEAR, as trustees for              :
the Hildene Capital Management Pension Plan, and              :
MEMBRES, LLC,                                                 :
                                                              :
               Plaintiffs and Counterclaim Defendants.        :
                                                              :
------------------------------------------------------------- X

IT IS HEREBY ORDERED that:

The Motion of Defendant-Counterclaimant The Bank of New York Mellon (formerly The Bank of New York), solely in its capacity as Indenture Trustee (the "Trustee") under the Indenture among Preferred Term Securities XIV, Ltd. as Issuer (the "Issuer"), Preferred Term Securities XIV, Inc. as Co-Issuer, and the Trustee dated as of June 17, 2004 (the

"Indenture"), for an Order, pursuant to Federal Rules of Civil Procedure 13(h), 19(a), and 20(a), and 28 U.S.C. §§ 1335 and 2361, directing the joinder, as Counterclaim Defendants, of all claimants not already party to this action so that they may interplead with Plaintiffs their respective claims to the funds currently held by the Trustee in a Reserve that are the subject of the action (the "Trustee's Joinder Motion"), is GRANTED in part and DENIED in part; and

Plaintiffs' Motions (i) To Dismiss Keefe, Bruyette & Woods from Interpleader; (ii) for Order Requiring Deposit of Disputed Funds; and (iii) for Summary Judgment on Claim for Declaratory Relief ("Plaintiffs' Motion To Dismiss, Motion To Deposit, and Motion for Summary Judgment"), are GRANTED in part and DENIED in part, all as follows:

A.   The following shall be joined as Counterclaim Defendants in this action pursuant to Federal Rules of Civil Procedure 13(h) and 19(a) pursuant to the Trustee's Joinder Motion:

1. Anchorage Capital Master Offshore Ltd.,
2. Apeiron Securities and Investments LLP,
3. Apex Clearing Corporation,
4. Band & Co.,
5. Becker & Co.,
6. Robert Brooks,
7. Commerzbank AG London Branch,
8. Dennis Nardoni, as Trustee of the Dennis Nardoni and Claire Nardoni Joint Trust with Right of Survivorship,
9. Claire Nardoni, as Trustee of the Dennis Nardoni and Claire Nardoni Joint Trust with Right of Survivorship,
10. Ell & Co.,
11. Embassy & Co.,

12. Maxwell W. Freeman,

13. Gwen L. Gans, as Trustee of the Gans Trust dated March 11, 1999,

14. Martin S. Gans, as Trustee of the Gans Trust dated March 11, 1999,

15. Warren R. Gerleit Individual Retirement Account,

16. Thomas C. Gregor Individual Retirement,

17. Richard H. Hein Individual Retirement Account,

18. Ed Hjerpe,

19. R. Davis Howe Roth Individual Retirement Account,

20. Imagine Insurance Company Limited,

21. INVG Mortgage Securities Corp.,

22. Estate of Edwin L. Klett,

23. David Lachtman Individual Retirement Account,

24. Gilbert MacQuarrie III Individual Retirement Account,

25. Meyrin Investors Limited,

26. Jessica May Paul,

27. Paul W. Perkins,

28. Pershing LLC,

29. Perspective Holdings, LLC,

30. Preferred Term Securities XIV, Ltd.,

31. Preferred Term Securities XIV, Inc.,

32. Dona M. Root,

33. Robert F. Stoico,

34. Robert F. Stoico/FirstFed Charitable Foundation,

35. Winifred W. Tart, as Trustee of the Stephen M. Tart Jr. Pension Plan,

36. Wolf River Capital Management, LLC, and

37.  DOES 1 through 100, Holders or Beneficial Owners of Income Notes under the Indenture among Preferred Term Securities XIV, Ltd. as Issuer, Preferred Term Securities XIV, Inc. as Co-Issuer, and The Bank of New York Mellon (formerly The Bank of New York) as Indenture Trustee dated as of June 17, 2004.

B.  Proposed Counterclaim Defendant Keefe, Bruyette and Woods, Inc. ("KBW") shall not be joined in this action pursuant to the Trustee's Joinder Motion. This decision as to KBW is without prejudice to (and shall not affect) the motion to intervene to be made by KBW.

C.  KBW shall file a motion to intervene in this action as a Counterclaim Defendant on or before thirty days after the court conference of January 9, 2019 attended by counsel for Plaintiffs, the Trustee, and KBW.

D.  Plaintiffs' Motion To Dismiss is denied without prejudice to (and shall not affect) the motion to intervene by KBW.

E.  Plaintiffs' Motion for Summary Judgment is deferred until further order of the Court following service of the Counterclaim Defendants.

F.  The Trustee shall provide notice of this action and this Order to all Holders of Income Notes of Preferred Term Securities XIV, Ltd. and Preferred Term Securities XIV, Inc. in a manner permitted by the Indenture.

G.  The Trustee shall file any response to Plaintiffs' Motion To Deposit at the same time as the Trustee's response, if any, to the motion to intervene by KBW, or if no motion to intervene is made, within seven business days after the deadline for such motion. Plaintiffs, the Trustee, and the Issuer are encouraged to try to resolve this issue by consent.

H.  This Order, a copy of the Complaint, and a copy of the Answer and Counterclaim shall be served on each of the Counterclaim Defendants.

- 5 -

I. Service on the Counterclaim Defendants residing in the United States shall be effected in accordance with the Federal Rules of Civil Procedure.

J. If the Trustee is unable to effect such service upon, or obtain a waiver of service of process from, any Counterclaim Defendant, the Trustee may apply to the Court for an order providing for alternative service.

K. The caption of this action shall be amended to reflect the joinder of the Counterclaim Defendants.

SO ORDERED

*[signature]*
U.S.D.J.
2/5/19