```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
HILDENE OPPORTUNITIES MASTER FUND, LTD.,
BRETT JEFFERSON and JASON SPEAR, as
trustees for the Hildene Capital
Management Pension Plan, and MEMBRES, LLC,

                            Plaintiffs,

        - against -

THE BANK OF NEW YORK MELLON,

                            Defendant.             ORDER
---------------------------------------X
THE BANK OF NEW YORK MELLON, solely as          18 Civ. 8768(NRB)
Indenture Trustee

                    Counterclaim Plaintiffs,

        - against -

HILDENE OPPORTUNITIES MASTER FUND, LTD.,
BRETT JEFFERSON and JASON SPEAR, as
trustees for the Hildene Capital
Management Pension Plan, and MEMBRES, LLC,

                    Counterclaim Defendants.
---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** defendant and counterclaim-plaintiff The Bank of New York Mellon (the "Trustee") filed a motion for joinder of the counterclaim defendants on November 2, 2018 (the "Motion for Joinder"), see ECF No. 17; and

**WHEREAS** on December 27, 2018, plaintiffs and counterclaim-defendants Hildene Opportunities Master Fund, Ltd., Brett

Jefferson and Jason Spear, as trustees for the Hildene Capital Management Pension Plan, and Membres, LLC (collectively, "plaintiffs") filed a motion (1) to dismiss the Trustee's counterclaim for interpleader with respect to Keefe, Bruyette & Woods, Inc. ("KBW") (the "Motion to Dismiss"); (2) to require the Trustee to deposit the full amount in dispute with the Court pursuant to 28 U.S.C. § 1335 (the "Motion to Deposit"); and (iii) for summary judgment pursuant to Federal Rule of Civil Procedure 56 (the "Motion for Summary Judgment"), see ECF No. 28; and

**WHEREAS** the Court held a telephone conference with the parties and non-party KBW on January 9, 2019, during which the Court granted KBW leave to file a motion to intervene (the "Motion to Intervene") in the action; and

**WHEREAS** non-party KBW filed the Motion to Intervene on January 31, 2019, see ECF No. 41; and

**WHEREAS** the Court granted in part and denied in part the Trustee's Motion for Joinder on February 5, 2019, see ECF No. 46, and further denied plaintiffs' Motion to Dismiss without prejudice to the Motion to Intervene by KBW; encouraged the resolution by consent of plaintiffs' Motion to Deposit; scheduled briefing on plaintiffs' Motion to Deposit in the event that the parties could not resolve the issue by consent; and deferred plaintiffs' Motion for Summary Judgment until further

2

order of the Court following service of the counterclaim defendants, see id.; and

**WHEREAS** all of the parties that have appeared in this action notified the Court that there were no objections to KBW's pending Motion to Intervene on February 11, 2019, see ECF Nos. 47 and 48; it is hereby

**ORDERED** that KBW's Motion to Intervene is **GRANTED**; and it is further

**ORDERED** that plaintiffs' Motion for Summary Judgment is **DENIED** without prejudice to plaintiffs' right to apply to this Court for leave to refile following service of the counterclaim defendants.

Dated: New York, New York
February _13_, 2019

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

3